AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CLARENCE A. FRAZIER JR.<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>6:26-MJ-00175 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ July 13, 2026 _____ in the county of _____ Rapides _____ in the
_____ Western _____ District of _____ Louisiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1114 | Murder of a Federal Officer |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent James Rimmer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/13/2026 _____

_____
*Judge's signature*

City and state: Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
*Printed name and title*

Clerk's Office
A True Copy
7/13/2026
Deputy Clerk, US District Court
Western District of Louisiana