UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA          MAGISTRATE JUDGE AYO

v.

CLARENCE A. FRAZIER JR

        Defendant

_____/

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Rimmer, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent, employed by the Federal Bureau of Investigations (FBI), and have been so employed since June 6, 2021. I am currently assigned to the FBI New Orleans Division, Alexandria Resident Agency. Before being employed by the FBI, I was employed as a Special Forces Engineer Sergeant by the United States Army for 7 years. I have received extensive training in methods of proof used in the investigation and prosecution of federal crimes to include 21 weeks of training at the FBI Academy in Quantico, Virginia. In the course of my official duties as a Special Agent, I have participated in the execution of numerous federal search and arrest warrants.

2.     I make this affidavit in support of an arrest warrant for CLARENCE A FRAZIER JR., hereinafter referred to as FRAZIER, age 48. The facts in this affidavit come from my personal observations, training and experience, and information


Clerk's Office
A True Copy
7/13/2026
Deputy Clerk, US District Court
Western District of Louisiana

obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATUTORY AUTHORITY

3.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18 and Title 21, United States Code.

4.      As set forth herein, there is probable cause to believe that FRAZIER murdered a federal officer, in violation of Title 18, United States Code, Section 1114. Title 18, United States Code, 1114 makes it a crime to kill a federal officer while that officer is engaged in his or her official duties.

5.      This Affidavit is intended to show merely that there is sufficient probable cause for the requested arrest and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements

2

contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

6.     On or about July 13, 2026, detectives with the Rapides Parish Sheriff's Office obtained a Contempt of Court warrant for FRAZIER from the Ninth Judicial District Court in the State of Louisiana. FRAZIER was charged by the state with one count of Sexual Battery with a Person with Infirmaries. FRAZIER failed to appear for trial on that charge on July 13, 2026, and the contempt warrant was issued that same day.

7.     Detectives determined through open-source media searches and contacts with known associates of FRAZIER that a residence known to be used by FRAZIER was 5312 Rutland Road, Alexandria, Louisiana 71302. Detectives went to that address and knocked and announced themselves as deputies with the Sheriff's Office, but no one answered.

8.     Further investigation revealed that a U-Haul parked in a driveway at 5312 Rutland Road, Alexandria, Louisiana 71302, had been rented on July 13, 2026, by FRAZIER.

9.     Detectives obtained a search warrant for 5312 Rutland Road, Alexandria, Louisiana 71302, from Judge Loren M Lampert of the 9th District in the State of Louisiana. Detectives and US Marshals, bearing clear law enforcement markings, moved to the entrance of the house to execute the search warrant. The front door was breached by detectives, who then announced themselves as law

3

enforcement officers. Officers immediately encountered a dog and began to attempt to lure the dog out of the house so the dog could be safely contained by Animal Control. After multiple attempts, the dog remained in the home and officers made entry into the residence.

10.     Officers began clearing the residence and encountered FRAZIER in the bedroom. FRAZIER fired at officers, striking a United States Deputy Marshal who later succumbed to his injuries.

11.     FRAZIER remained barricaded in the bedroom and was taken into custody after a standoff with law enforcement.

12.     In summary, based off the facts set forth above, your affiant believes there is probable cause to show FRAZIER is in violation of Title 18, United States Code, Section 1114. Due to the facts presented, it is requested that an arrest warrant be issued for CLARENCE A. FRAZIER JR.

13.     I declare that the information provided above is true and correct to the best of my knowledge.

Respectfully submitted,

JAMES RIMMER
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me, this 13th day of July 2026, in Lafayette, Louisiana by other reliable electronic means.

David J. Ayo
United States Magistrate Judge
Western District of Louisiana

4